ACCEPTED
03-14-00395-CV
3744048
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/13/2015 10:05:04 AM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS FOR THE
THIRD JUDICAL DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/13/2015 10:05:04 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| JOEL PAUL BACH | § | |
| | § | |
| *Plaintiff-Appellant,* | § | |
| | § | |
| v. | § | Case No. 03-14-00395-CV |
| | § | |
| TEXAS STATE UNIVERSITY, | § | |
| | § | |
| *Defendant-Appellee.* | § | |

**UNOPPOSED MOTION TO WITHDRAW**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

NOW COMES Appellant Joel Paul Bach by and through undersigned counsel, hereby moves to withdraw his Unopposed Motion For Extension of Time to File Appellant's Brief, filed in error on January 12, 2015 at 5:19 p.m.

1. The opinion in this appeal was issued on 12/17/14.

2. Appellant's counsel has conferred with counsel for the other parties, none of whom oppose the relief requested herein.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully request an Order withdrawing the unopposed motion.

Respectfully submitted,

David K. Sergi & Associates, P.C.

By: /s/*David K. Sergi*
     David K. Sergi
     State Bar No. 18036000
329 S. Guadalupe Street
San Marcos, Texas 78666
Telephone: (512) 392-5010

Facsimile: (512) 392-5042
E-Mail: david@sergilaw.com

**Attorney for Joel Paul Bach**

## CERTIFICATE OF CONFERENCE

This is to certify that I, David K. Sergi, conferred with Appellee's counsel, Erika M. Kane, via e-mail regarding the substance of this motion, and that Appellee's counsel is unopposed.

*/s/ David K. Sergi*
David K. Sergi

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via ECF/CM, on January 13, 2015 to:

Erika M. Kane
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Erika.kane@texasattorneygeneral.gov

*/s/ David K. Sergi*
David K. Sergi